UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 13-7314-MWF(ASx)**                                Dated: **January 9, 2014**

Title:    Edwin Figueroa -v- 99 Cents Only Stores, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present                                                      None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

   In light of the Notice of Settlement filed January 8, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for March 3, 2014 at 11:30 a.m. If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar. All other dates are hereby vacated.

   IT IS SO ORDERED.

MINUTES FORM 90                                                     Initials of Deputy Clerk   rs
CIVIL - GEN