JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA, | Case No. 2:13-cv-07314-MWF-AS |
| Plaintiff, | |
| v. | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| 99 CENTS ONLY STORES dba 99 CENTS ONLY STORE #340; COVINA PROPERTIES, LLC, | |
| Defendant. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff EDWIN FIGUEROA, and defendants 99 CENTS ONLY STORES dba 99 CENTS ONLY STORE #107 and COVINA PROPERTIES, LLC,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: February 5, 2014

_____
United States District Judge